PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2928
Fax. 973-645-3210
email: @usdoj.gov
(FLU:KJ)



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>NANCY GONZALEZ,<br><br>　　　　　　　　　　*Defendant.* | HON. DICKINSON R.<br>DEBEVOISE<br><br>*Criminal No.* 97-397<br><br>**ORDER FOR<br>REMISSION OF FINE** |

　　　This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Jordan Anger, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

　　　IT IS on this __11TH__ day of __May__, 2012,

　　　ORDERED, that the balance of the fine imposed on October 27, 1997, in the amount of $100.00  is hereby remitted.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Dickinson R. Debevoise__
　　　　　　　　　　　　　　　　　　　　　　DICKINSON DEBEVOISE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE